IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARROD O. WILLIS,

   Plaintiff,

    v.

T. WILLIAMS
Correction Officer, Badge #3967; 2nd Shift, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-3986-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending allowing the case to proceed against Officers Williams and Turner and dismissing Corporal Cameron. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The case may proceed against Officers Williams and Turner. Corporal Cameron is dismissed.

SO ORDERED, this 6 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Willis\16cv3986\r&r.wpd